No. 1151, Misc. WHITSON v. FIELD, MEN's COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 1152, Misc. POSEY v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 1155, Misc. COVIN v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1156, Misc. GUNNER v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1160, Misc. NEWMAN v. WARDEN, MARYLAND PENITENTIARY. Ct. Sp. App. Md. Certiorari denied.

No. 1163, Misc. PRETLOW v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1164, Misc. ELLIS ET UX. v. HARADA ET UX. Sup. Ct. Hawaii. Certiorari denied.

No. 1165, Misc. DIAMOND v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1166, Misc. KONCZAK v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1169, Misc. CONOVER v. HEROLD, STATE HOSPITAL DIRECTOR. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 1176, Misc. JAIMEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1177, Misc. HANEY v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.